Certificate Number: 03088-PAE-DE-036996245

Bankruptcy Case Number: 22-12963



03088-PAE-DE-036996245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2022, at 7:16 o'clock PM CST, Janaea W Nolen completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 22, 2022          By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor