CORROHEALTH   INC
6509  WINDCREST   DR STE 165
PLANO,  TX 75024
MAIN PHONE:  972-503-8899

| Period Beginning: | 08/21/2022 |
|---|---|
| Period Ending: | 09/03/2022 |
| Pay Date: | 09/09/2022 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**JANAEA  W NOLEN**
**2000  E  WESTMORELAND  ST**
**UNIT  206**
**PHILADELPHIA  PA  19134**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 2615.39 | 80.00 | 2,615.39 | 28,769.29 |
| Qtrly  Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,615.39** | 29,769.29 |

| Other Benefits and Information | this  period | total  to  date |
|---|---|---|
| Gtl  li | 0.54 | 3.78 |
| Pto  Available | 50.82 | 304.92 |
| Volunteer  Time | 8.00 | 88.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -285.84 | 3,393.89 |
| | Social Security Tax | -162.19 | 1,845.93 |
| | Medicare Tax | -37.93 | 431.71 |
| | PA State Income Tax | -80.29 | 913.89 |
| | PA SUI Tax | -1.57 | 17.86 |
| | **Other** | | |
| | 401K  $ | -52.31* | 438.48 |
| | **Net Pay** | **$1,995.26** | |
| | Chkck1 | -1,995.26 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
972  503-8899

BASIS  OF PAY: SALARY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
  PA:      Single
Exemptions/Allowances:
  PA:      N/A

**\* Excluded from federal taxable wages**

Your  federal  taxable  wages  this  period  are
$2,563.62

© 2000  ADP  Inc

CORROHEALTH  INC
6509  WINDCREST  DR STE 165
PLANO,  TX 75024
MAIN  PHONE:  972-503-8899

| Advice number: | 00000360257 |
|---|---|
| Pay date: | 09/09/2022 |



| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **JANAEA  W NOLEN** | xxxxxxxx5089 | xxxx  xxxx | $1,995.26 |

**NON-NEGOTIABLE**

UEV   000597   008912          0000036667

# Earnings   Statement



CORROHEALTH   INC
6509  WINDCREST   DR STE 165
PLANO,  TX 75024
MAIN PHONE:  972-503-8899

Period Beginning:      09/04/2022
Period Ending:         09/17/2022
Pay Date:              09/23/2022

**JANAEA  W  NOLEN**
**2000  E  WESTMORELAND  ST**
**UNIT  206**
**PHILADELPHIA  PA  19134**

Filing Status:  Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2615.39 | 80.00 | 2,615.39 | 31,384.68 |
| Qtrly Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,615.39** | 32,384.68 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -285.84 | 3,679.73 |
| | Social Security Tax | -162.19 | 2,008.12 |
| | Medicare Tax | -37.93 | 469.64 |
| | PA State Income Tax | -80.29 | 994.18 |
| | PA SUI Tax | -1.57 | 19.43 |
| | **Other** | | |
| | 401K $ | -52.31* | 490.79 |
| | **Net Pay** | **$1,995.26** | |
| | Chkck1 | -1,995.26 | |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Gtl li | 0.54 | 4.32 |
| Pto Available | 55.44 | 360.36 |
| Volunteer Time | 8.00 | 96.00 |

**Important Notes**
972 503-8899

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital Status:
  PA:               Single
Exemptions/Allowances:
  PA:               N/A

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,563.62

© 2000 ADP, Inc.

CORROHEALTH INC
6509 WINDCREST DR STE 165
PLANO , TX 75024
MAIN PHONE: 972-503-8899

**Advice number:**      **00000380257**
Pay date:               09/23/2022



Deposited  to the account  of
**JANAEA  W NOLEN**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx5089 | xxxx  xxxx | $1,995.26 |

**NON-NEGOTIABLE**

# Earnings Statement



CORROHEALTH   INC
6509  WINDCREST   DR STE 165
PLANO,  TX 75024
MAIN  PHONE:  972-503-8899

Period Beginning:  09/18/2022
Period Ending:  10/01/2022
Pay Date:  10/07/2022

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

JANAEA  W  NOLEN
2000  E WESTMORELAND  ST
UNIT  206
PHILADELPHIA  PA  19134

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2615.39 | 80.00 | 2,615.39 | 34,000.07 |
| Qtrly Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,615.39** | 35,000.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl li | 0.54 | 4.86 |
| Pto Available | 60.06 | 420.42 |
| Volunteer Time | 8.00 | 104.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -285.84 | 3,965.57 |
| | Social Security Tax | -162.19 | 2,170.31 |
| | Medicare Tax | -37.93 | 507.57 |
| | PA State Income Tax | -80.29 | 1,074.47 |
| | PA SUI Tax | -1.57 | 21.00 |
| | **Other** | | |
| | 401K $ | -52.31* | 543.10 |
| | **Net Pay** | **$1,995.26** | |
| | Chkck1 | -1,995.26 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
972 503-8899

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  PA:            Single
Exemptions/Allowances:
  PA:            N/A

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,563.62

© 2000 ADP, Inc.

CORROHEALTH  INC
6509 WINDCREST DR STE 165
PLANO , TX 75024
MAIN PHONE: 972-503-8899

Advice  number:     **00000400256**
Pay date:              10/07/2022

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| JANAEA  W NOLEN | xxxxxxxx5089 | xxxx  xxxx | $1,995.26 |



**NON-NEGOTIABLE**

# Earnings Statement



CORROHEALTH    INC
6509 WINDCREST    DR STE 165
PLANO,  TX 75024
MAIN PHONE:  972-503-8899

| | |
|---|---|
| Period  Beginning: | 10/02/2022 |
| Period  Ending: | 10/15/2022 |
| Pay  Date: | 10/21/2022 |

**JANAEA  W  NOLEN**
**2000  E  WESTMORELAND  ST**
**UNIT  206**
**PHILADELPHIA  PA  19134**

Filing Status:  Single/Married    filing separately
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2615.39 | 80.00 | 2,615.39 | 36,615.46 |
| Qtrly  Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,615.39** | 37,615.46 |

| Other  Benefits  and Information | this  period | total  to date |
|---|---|---|
| Gtl  li | 0.54 | 5.40 |
| Pto  Available | 64.68 | 485.10 |
| Volunteer  Time | 8.00 | 112.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -285.84 | 4,251.41 |
| | Social  Security  Tax | -162.18 | 2,332.49 |
| | Medicare  Tax | -37.93 | 545.50 |
| | PA  State  Income  Tax | -80.29 | 1,154.76 |
| | PA  SUI  Tax | -1.57 | 22.57 |
| | **Other** | | |
| | 401K  $ | -52.31* | 595.41 |
| | **Net Pay** | **$1,995.27** | |
| | Chkck1 | -1,995.27 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
972 503-8899

BASIS OF PAY: SALARY

**Additional  Tax  Withholding  Information**
    Taxable  Marital  Status:
        PA:                Single
    Exemptions/Allowances:
        PA:                N/A

**\* Excluded from federal taxable wages**

Your  federal taxable wages this period are
$2,563.62

© 2000 ADP,  Inc.

---

CORROHEALTH  INC
6509 WINDCREST  DR STE  165
PLANO ,  TX  75024
MAIN PHONE:  972-503-8899

| | |
|---|---|
| **Advice  number:** | **00000420268** |
| Pay  date: | 10/21/2022 |

Deposited  to the account  of
**JANAEA  W NOLEN**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxx5089 | xxxx  xxxx | $1,995.27 |



**NON-NEGOTIABLE**

# Earnings Statement 

CORROHEALTH INC
6509 WINDCREST DR STE 165
PLANO, TX 75024
MAIN PHONE: 972-503-8899

| | |
|---|---|
| Period Beginning: | 09/18/2022 |
| Period Ending: | 10/01/2022 |
| Pay Date: | 10/07/2022 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

JANAEA W NOLEN
2000 E WESTMORELAND ST
UNIT 206
PHILADELPHIA PA 19134

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2615.39 | 80.00 | 2,615.39 | 34,000.07 |
| Qtrly Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,615.39** | 35,000.07 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -285.84 | 3,965.57 |
| | Social Security Tax | -162.19 | 2,170.31 |
| | Medicare Tax | -37.93 | 507.57 |
| | PA State Income Tax | -80.29 | 1,074.47 |
| | PA SUI Tax | -1.57 | 21.00 |
| | **Other** | | |
| | 401K $ | -52.31* | 543.10 |
| | **Net Pay** | **$1,995.26** | |
| | Chkck1 | -1,995.26 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl li | 0.54 | 4.86 |
| Pto Available | 60.06 | 420.42 |
| Volunteer Time | 8.00 | 104.00 |

**Important Notes**
972 503-8899

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: N/A

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,563.62

© 2000 ADP, Inc.

CORROHEALTH INC
6509 WINDCREST DR STE 165
PLANO, TX 75024
MAIN PHONE: 972-503-8899

| Advice number: | 00000400256 |
|---|---|
| Pay date: | 10/07/2022 |

Deposited to the account of
JANAEA W NOLEN



| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx5089 | xxxx xxxx | $1,995.26 |

**NON-NEGOTIABLE**