# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Janaea Nolen | | CHAPTER 13 |
| Debtor(s) | | |
| BANK OF AMERICA, N.A. | Movant | |
| vs. | | NO. 22-12963 AMC |
| Janaea Nolen | Debtor(s) | |
| Jonas E Nolen | Co-Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West | Trustee | |

## ORDER

AND NOW, this ____ day of _____, 2023 at Philadelphia, upon failure of Debtor(s) and Co-Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the 2019 FORD ESCAPE VIN# 1FMCU0GD0KUA99789 ("Vehicle").

_____
United States Bankruptcy Judge.