# EXHIBIT C

# J.D. POWER

# 2019 Ford Escape
Utility 4D SE EcoBoost 4WD Values

## Pricing & Values

Prices shown for the used **2019 Ford Escape Utility 4D SE EcoBoost 4WD** with typical miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer.
Edit options.

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



| Buy from Dealer | Buy Certified from Dealer |

**Average Price Paid**

**$22,343**

**80% of People Paid**

**$21,149 - $23,681**

Data from **1,945** transactions - Updated 04/29/23

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition. See definitions.

| | |
|---|---|
| Base Price | $17,150 |
| Mileage and Options | $0 |
| **Rough Condition** ⓘ | **$17,150** |
| | |
| Base Price | $18,525 |
| Mileage and Options | $0 |
| **Average Condition** ⓘ | **$18,525** |
| | |
| Base Price | $19,625 |
| Mileage and Options | $0 |
| **Clean Condition** ⓘ | **$19,625** |

Looking for values for your business? **J.D. Power Valuation Services** can help.