**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Janaea Nolen | | CHAPTER 13 |
| Debtor(s) | | |
| BANK OF AMERICA, N.A. | Movant | |
| vs. | | NO. 22-12963 AMC |
| Janaea Nolen | Debtor(s) | |
| Jonas E Nolen | Co-Debtor(s) | |
| | | 11 U.S.C. Section 362 and 1301 |
| Kenneth E. West | Trustee | |

**CERTIFICATE OF SERVICE**

I, Mark A. Cronin, Esquire, attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of BANK OF AMERICA, N.A. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on May 30, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Janaea Nolen
2528 North Hope Street
apartment 1
Philadelphia, PA 19133

Jonas E Nolen
2528 North Hope Street
apartment 1
Philadelphia, PA 19133

Attorney for Debtor(s)
Brad J Sadek, 1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: May 30, 2023

**/s/ Mark A. Cronin**
Mark A. Cronin, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com