IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| JANAEA NOLEN | : | |
| | : | Case No. 22-12963-AMC |
| Debtor. | : | |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

JANAEA NOLEN (the "Debtor") by and through their undersigned counsel, hereby submits this Response to the Motion of Bank of America, N.A. (the "Movant") for Relief from the Automatic Stay (the "Motion"), and in support thereof respectfully states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. It is specifically denied that the Debtor is in default under the terms of the Contract described in paragraph 3 of the Motion. By way of further response, the Debtor believes that numerous payments made post-petition were not properly credited to the Debtor's account.

7. Denied. It is specifically denied that the outstanding balance under the Contract is $13,068.36.

8. Denied. It is specifically denied that the value of the vehicle described in paragraph 4 of the Motion is $18,525.00.

9. Denied. It is specifically denied that either (a) cause exists warranting relief from the automatic stay; or (b) the Movant lacks adequate protection warranting relief from the automatic stay under 11 U.S.C. § 362(d). By way of further response, it is once again specifically

denied that the Debtor defaulted under the terms of the Contract by failing to make post-petition payments to Movant.

WHEREFORE the Debtor respectfully requests this Honorable Court enter an Order denying the Motion for Relief from the Automatic Stay, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: June 8, 2023

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

*Counsel to the Debtor*